# ChamberlainD'Amanda

ATTORNEYS AND COUNSELORS AT LAW

8/8/11

*# 8280*
*$ 1.56*
*8/8/2011*

Paul R. Warren, Clerk of Court
United States Bankruptcy Court, WDNY
100 State Street
Rochester, New York  14614


      Re:    SANSOCIE, DAVID CARL    / Case # 09-20883
             Request to Deposit of Unclaimed Funds into the United States Treasury

Dear Clerk of Court:

    Enclosed please find my Trustee's check in the amount of $1.56. I request that the Clerk of Court deposit said funds, in the name of the creditors and in the amounts listed below, with the U.S. Treasury as "unclaimed funds."

    \_\_\_\_\_ I have made a diligent effort to locate the claimant(s) for said funds and have been unable to locate the claimant(s), **or**

    **X** The funds represent dividend payment(s) of less than $5.00 to the affected creditor and are required to be treated as unclaimed funds by Bankruptcy Rule 3010(a).


Claimant  Unity Family Medicine    Amount $ 1.56    Claim Register #   7


*[signature]*
DOUGLAS J. LUSTIG
Trustee



FILED
AUG - 8 2011
BANKRUPTCY COURT
ROCHESTER, NY

1600 Crossroads Building
Two State Street
Rochester, NY 14614-1397
585 232 3730
FAX 585 232 3882
www.cdlawyers.com

CHAMBERLAIN D'AMANDA OPPENHEIMER & GREENFIELD LLP